HOLME, Respondent, v. CRIMMINS, Appellant. (City Court of New York, General Term. April 5, 1900.) Action by one Holme against one Crimmins. From an order granting in part only a bill of particulars, and denying the motion therefor in part, defendant appeals. Modified. John T. Little, for appellant. Thomas E. Wing, for respondent.

HASCALL, J. We think the appellant entitled to the full relief sought. It seems, from the papers before us, that the items refused below were quite proper and necessary, and should follow those ordered by the special term. So much of the order appealed from as denies further particulars is reversed, with $10 costs and disbursements, and defendant's demand in the notice already served is granted.

McCARTHY, J., concurs.

HOTALING, Respondent, v. SCHERMERHORN, Appellant. (Supreme Court, Appellate Division, Third Department. March 7, 1900.) Action by Salinda E. Hotaling against Wilson R. Schermerhorn. No opinion. Order affirmed, with $10 costs and disbursements. See 59 N. Y. Supp. 484.

INDICATOR CO., Appellant, v. McCAMMON PIANO CO., Respondent. (Supreme Court, Appellate Division, Third Department. March 7, 1900.) Action by the Indicator Company against the McCammon Piano Company. No opinion. Judgment and order affirmed, with costs.

JEFFRIES et al., Respondents, v. HUBER, Appellant. (Supreme Court, Appellate Division, First Department. April 2, 1900.) Action by James J. Jeffries and others against George H. Huber. J. A. Straley, for appellant. M. Schaack, for respondents. No opinion. Judgment affirmed, with costs.

JENKINS et al., Appellants, v. NEFF et al., Board of Assessors, Respondents. (Supreme Court, Appellate Division, Second Department. March 20, 1900.) In the matter of the application of John G. Jenkins and others, stockholders, etc., against Barzillai G. Neff and others, constituting the board of assessors of the city of Brooklyn. No opinion. Motion denied, on the ground that the leave applied for is not necessary. See 62 N. Y. Supp. 321.

JEWELERS' LEAGUE OF NEW YORK v. HOPKE, Appellant (BECKER et al., Respondents). (Supreme Court, Appellate Division, First Department. March 16, 1900.) Action by the Jewelers' League of New York against Conrad Hopke, Thekla M. Becker, and another. W. R. Beach, for appellant. A. Crook, for respondents.

No opinion. Judgment affirmed, with costs, on opinion of Russell, J., in the court below. 60 N. Y. Supp. 224.

KALDEMORGEN, Respondent, v. EAST RIVER GAS CO. OF LONG ISLAND CITY, Appellant. (Supreme Court, Appellate Division, Second Department. March 6, 1900.) Action by Henry Kaldemorgen against the East River Gas Company of Long Island City. No opinion. Judgment and order unanimously affirmed, with costs.

KERR, Respondent, v. MANHATTAN RY. CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 6, 1900.) Action by Sarah Ann Kerr, individually and as administratrix, etc., against the Manhattan Railway Company and another. No opinion. Judgment affirmed, with costs.

KERRIGAN, Appellant, v. FIELDING et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 6, 1900.) Action by John M. Kerrigan against Frederick W. Fielding and others. No opinion. Motion for reargument denied. Order of this court resettled, so as to direct a new trial, costs to abide the final award of costs, instead of directing judgment against the defendants Fielding, Corrigan, Jackson, and Mrs. Firth. All concur, except HIRSCHBERG, J., who took no part. See 62 N. Y. Supp. 115.

KINKEL, Appellant, v. PEARCE, Respondent. (Supreme Court, Appellate Division, Second Department. March 27, 1900.) Action by George Kinkel against William R. Pearce. No opinion. Judgment affirmed, with costs.

KIRBY, Appellant, v. PRESIDENT, ETC., OF DELAWARE & H. CANAL CO., Respondent. (Supreme Court, Appellate Division, Third Department. March 20, 1900.) Action by Sarah Kirby against the president, manager, and company of the Delaware & Hudson Canal Company. No opinion. Motion for leave to go to the court of appeals granted. See 46 N. Y. Supp. 777; 62 N. Y. Supp. 1110.

KOENIG, Respondent, v. MUMM, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 21, 1900.) Action by John Koenig against John Mumm. No opinion. Judgment and order affirmed, with costs.